AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

TERRIA MCKNIGHT,

           Plaintiff,

v.

NEVADA DEPARTMENT OF ADMINISTRATION, et al.,

           Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 3:22-cv-00497-ART-CLB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT pursuant to this court's order entered November 12, 2024 (ECF No. 43) s McKnight's motion to reconsider (ECF No. 42) is denied.

    IT IS FURTHER ORDERED that judgment is hereby entered accordingly and this case is closed.

11/12/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ DRM  
Deputy Clerk